**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEAN PAUL EPSTEIN, an individual; GARY STRETCH, an individual  Plaintiff(s)<br><br>v. | CASE NUMBER:<br><br>CV 09-00925 DDP (AGRx) |
| METRO-GOLDWYN-MAYER INC., a California corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware Corporation; et al.  Defendant(s). | **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, and/or as reflected in the Rule 26 (f) Report, hereby **ORDERS** the Request for:

**SETTLEMENT PROCEDURE NO. 1:**  magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

be:
☒ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

_/s/ Dean D. Pregerson_
United States District Judge

Dated: June 5, 2009

ADR–01 ORDER (04/08)   ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE